Official Form 3
(12/03)

# United States Bankruptcy Court

Northern    District Of    Illinois

In re _____SUZANNE K. FRANCIS_____ ,                    Case No. _____ 05- 74083

Debtor

Chapter ____13____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.      In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 ____ in installments.

2.      I certify that I am unable to pay the Filing Fee except in installments.

3.      I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the Filing Fee.*

   $ 45.00 _____   Check one  ☑   With the filing of the petition, or
                                     ☐   On or before _____

   $ 49.67 _____ on or before _____

   $ 49.67 _____ on or before _____

   $ 49.66 _____ on or before _____

*       The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.      I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____          _____  _____
Signature of Attorney            Date              Signature of Debtor               Date
                                                   (In a joint case, both spouses must sign.)
JEFFRY A. DAHLBERG
Name of Attorney
                                                   _____  _____
                                                   Signature of Joint Debtor (if any)    Date