# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SUZANNE K. FRANCIS                                          Case Number: 05-74083
3036 LASALLE AVE.                  SSN-xxx-xx-9117
APT 2A
ROCKFORD, IL  61114

                                                      Case filed on:       8/11/2005
                                                      Plan Confirmed on:   10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $1,800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 149.00 | 149.00 | 149.00 | 0.00 |
|  | Total Administration | 149.00 | 149.00 | 149.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SUZANNE K. FRANCIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SMC | 639.53 | 639.53 | 34.24 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 334.64 | 334.64 | 17.92 | 0.00 |
| 004 | WORLD FINANCIAL NETWORK NATIONAL BANK | 198.85 | 198.85 | 10.64 | 0.00 |
| 005 | LVNV FUNDING LLC | 5,094.46 | 5,094.46 | 272.69 | 0.00 |
|  | Total Unsecured | 6,267.48 | 6,267.48 | 335.49 | 0.00 |
|  | Grand Total: | 7,616.48 | 7,616.48 | 1,684.49 | 0.00 |

Total Paid Claimant:    $1,684.49
Trustee Allowance:      $115.51          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    5.35          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                             /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  10/30/2008           By  /s/Heather M. Fagan